AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Randall Sousa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-01304-MSN-JFA |
| Circuit Court of the Commonwealth of Virginia, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Circuit Court of Fairfax County, Virginia        .

Date:   08/17/2022

s/ Sheri H. Kelly
*Attorney's signature*

Sheri H. Kelly, Asst. Attorney General, VSB #82219
*Printed name and bar number*

Office of the Attorney General
204 Abingdon Place
Abingdon, VA 24211

*Address*

skelly@oag.state.va.us
*E-mail address*

(276) 628-2964
*Telephone number*

(276) 628-4375
*FAX number*